ASHURST PERKINS COIE

Ashurst Perkins Coie US LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
ashurstperkinscoie.com

Application granted.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 6.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
September 25, 2026

September 24, 2026

**VIA ECF**

Hon. Philip M. Halpern
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:** ***Andrew Golden v. PepsiCo, Inc.*, Case No. 7:26-cv-07389 (S.D.N.Y.)**

Dear Judge Halpern:

We write on behalf of Defendant PepsiCo, Inc. ("Defendant"), on consent of Plaintiff Andrew Golden ("Plaintiff") and pursuant to Rule 1.C. of Your Honor's Individual Practices and Local Civil Rule 7.1(e), to request an extension of time to respond to the Complaint (Dkt. No. 1), through November 9, 2026. Defendant needs additional time to further investigate the matter and adequately prepare its defense.

Plaintiff served Defendant with the Complaint on September 4, 2026, and Defendant's original deadline to respond to the Complaint is September 25, 2026.

This is the first extension request by either party, and it does not affect any other scheduled dates or deadlines. Counsel for Plaintiff consents to the requested extension.

Respectfully Submitted,

*/s/ Emily B. Cooper*
Emily B. Cooper

cc: All counsel of record via ECF

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions.